

FILED

08/05/2020

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: OP 20-0386

IN THE SUPREME COURT OF THE STATE OF MONTANA

OP 20-0386

DARIEL L. BEAUDET,

Petitioner,

v.

HONORABLE JUDITH A. EMEDE, Superior
Court Judge, Santa Clara County, California,

Respondent.

FILED

AUG 05 2020

Bowen Greenwood
Clerk of Supreme Court
State of Montana

O R D E R

Appearing as a self-represented litigant, Dariel L. Beaudet moves this Court to vacate and remove a probate case, *In Re the Estate of David Lee Rousar*, originating in the Superior Court of California, County of Santa Clara. Beaudet states that she seeks to appeal a decision because of alleged "violations of this Individual's rights" as well as the judicial process. Beaudet includes copies of the filed Letters and a portion of the First and Final Report of the testamentary estate's executor. The pleading was filed as an original proceeding with this Court.

As a threshold matter, this Court has no jurisdiction over a proceeding in the State of California. Pursuant to the Montana Rules of Appellate Procedure empowered by the Montana Constitution, the Montana Supreme Court can "hear and determine such original and remedial writs as may be necessary and proper to complete the exercise of its jurisdiction." M. R. App. P. 14(1). This Court can never exercise jurisdiction over a presiding Judge in another state. This matter should not have been filed, and it must be dismissed. Beaudet's remedy would be to seek an appeal within the State of California. Therefore,

IT IS ORDERED that Beaudet's Pleading, self-titled "Appeal from Santa Clara, California Superior Court 18PR184977" is DISMISSED with prejudice.

The Clerk of the Supreme Court is directed to provide a copy of this Order to all parties; to the Honorable Judith A. Emede, Superior Court Judge, Superior Court of California, County of Santa Clara, 191 N. First Street, San Jose, CA, 95113; to Clerk of the Court, Superior Court of California, County of Santa Clara, 191 N. First Street, San Jose, CA, 95113.

DATED this 5th day of August, 2020.

For the Court,

By _____
                    Chief Justice

2